No. 11–1453. BARCLAY *v.* BARCLAY. Ct. App. Ore. Motion of American Retirees Association et al. for leave to file brief as

*amici curiae* granted. Certiorari denied. 